**No. 10-6004. James Mondrnea Carroway, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7646.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 334.

**No. 10-6005. Demarcus Fifer, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7402.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 377 Fed. Appx. 429.

**No. 10-6013. Dale Mardis, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 365, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7493.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 600 F.3d 693.

**No. 10-6028. Gilberto G. Rossaty, aka Gilberto Rossatti Mendez, aka Gilberto G. Rossatty, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 943, 131 S. Ct. 366, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7230.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6030. Lowell E. McMickens, Petitioner v. United States.**

562 U.S. 943, 131 S. Ct. 366, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7350.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 226.

**No. 10-6046. Ismael Alfonzo-Reyes, et al., Petitioners v. United States.**

562 U.S. 943, 131 S. Ct. 366, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7433.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 592 F.3d 280.

**No. 10-6047. Eddie Davray McClendon, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 366, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7188.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 898.

**No. 10-6055. Ismael F. Arnaiz, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7380,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.